1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
4  **602 445 9819**
   **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
6  **Attorney for Plaintiff**

7                    UNITED STATES DISTRICT COURT
8                       FOR THE DISTRICT OF ARIZONA

9  | Cathleen Fleming, | ) Case No. |
   |---|---|
10 |   | ) |
   | Plaintiff, | ) **COMPLAINT AND TRIAL BY JURY** |
11 |   | ) **DEMAND** |
12 | vs. | ) |
   |   | ) |
13 | Creditors Interchange Receivable Management, LLC, | ) |
14 |   | ) |
   |   | ) |
15 | Defendant. | ) |

16
17                         **NATURE OF ACTION**

18      1.    This is an action brought under the Fair Debt Collection Practices Act
19  ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

20                      **JURISDICTION AND VENUE**
21
22      2.    This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. §
23  1331.
24
        3.    Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where
25
26  the acts and transactions giving rise to Plaintiff's action occurred in this district, (where
27  Plaintiff resides in this district), and/or where Defendant transacts business in this district.
28

Complaint - 1

## PARTIES

4. Plaintiff, Cathleen Fleming ("Plaintiff"), is a natural person who at all relevant times resided in the State of Arizona, County of Maricopa, and City of Goodyear.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Creditors Interchange Receivable Management, LLC ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly

collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. Defendant placed numerous calls to Plaintiff before 8:00 A.M., despite prior actual knowledge that Plaintiff resided in the state of Arizona, given her account information at the time the subject account was assigned to Defendant for collection, including, but not limited to dates:

April 23, 2010 at 5:39 am;

May 14, 2010 at 5:25 am;

May 20, 2010 at 5:32 am; and

June 12, 7:56 am

(15 U.S.C. § 1692c(a)(1)).

12. Defendant's actions constitute conduct highly offensive to a reasonable person.

**COUNT I**

13. Plaintiff repeats and re-alleges each and every allegation contained above.

14. Defendant violated the FDCPA as detailed above.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 13th day of September, 2010

By: s/ Marshall Meyers
Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff