**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, | Case No. 2:10-cv-01963-DKD |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Creditors Interchange Receivable Management, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 15th day of December, 2010.

<u>By:s/Marshall Meyers</u>
   Marshall Meyers
   WEISBERG & MEYERS, LLC
   5025 North Central Ave., #602
   Phoenix, AZ 85012
   602 445 9819
   866 565 1327 facsimile
   mmeyers@AttorneysForConsumers.com
   Attorney for Plaintiff

Notice of Dismissal  - 1

1 | Filed electronically on this 15th day of December, 2010, with:

2

United States District Court CM/ECF system

3

4

5 | By: s/Jessica DeCandia
       Jessica DeCandia

6

7

8

...

28

Notice of Dismissal - 2